UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY JOE BARBER, III,<br><br>                Plaintiff,<br><br>   v.<br><br>BREMERTON POLICE DEPARTMENT, *et al*.<br><br>                Defendants. | Case No. C24-5725-RAJ<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Plaintiff's complaint (dkt. # 6) and this action are DISMISSED, without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 11th day of February, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2